PROB 12C
(7/93)

Report Date: September 23, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marcus S. Dansby                Case Number: 2:08CR00088-RHW-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 5, 2009

Original Offense:   Distribution of 5 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine Base, in the Form of Crack Cocaine, Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii)

Original Sentence:   Prison 60 months                Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney:   Aine Ahmed                   Date Supervision Commenced: July 11, 2013

Defense Attorney:      Federal Defenders Office     Date Supervision Expires: July 10, 2018

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On September 17, 2014, Nate Uhlorn, U.S. Probation Officer, conducted a home visit at the offender's last known address of 3717 East Cleveland, Spokane, Washington, 99217. Contact with the offender's wife, Donna Stone, who is also under supervision, was established. Plain view inspection revealed that there were no signs of the offender's personal belongings in the residence. It was determined, based on contact with Donna Stone, that the offender has not lived at this residence since September 1, 2014. The offender failed to report a change in residence to the undersigned officer. |
| 2 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: Erik Carlson, U.S. Probation Officer, received a voice mail from the offender's mother-in-law, Vicki McCabe, indicating that Mr. Dansby is no longer welcome |

to reside at the 3717 East Cleveland residence. Apparently the offender and his father-in-law, Mrs. McCabe's husband, became involved in a violent confrontation at the residence. The Spokane police incident report number 14-294805 alleges that the offender and his father-in-law became involved in a physical confrontation. Consequently, the offender was escorted off the property after he gathered all of his belongings. As noted previously, the offender has failed to make notice to the undersigned officer of his change in residence, and subsequent contact with law enforcement.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/23/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Robert H Whaley*

Signature of Judicial Officer

September 23, 2014

Date